FILED
98 MAY 12 PM 3:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GERALD A. DRENNAN, SR., }
}
    Plaintiff, }
}
v. } CASE NO. CV 97-G-2129-S
}
TRAVELERS INSURANCE, a }
member of TRAVELERS GROUP, a }
corporation, }
}
    Defendant. }

ENTERED
MAY 13 1998

## MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the recommendation of the Magistrate Judge as the findings and conclusions of the court. In accordance with the recommendation, the defendant's motion to remand is due to be granted. An appropriate order will be entered.

DONE this 12th day of May, 1998.

J. FOY GUIN, JR.
Senior United States District Judge

6